**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x

CEDENO,

                         **Plaintiff,**

            **-against-**

   **COMMISSIONER OF**

     **SOCIAL SECURITY,  Defendant.**

-------------------------------------------------------- x

                         **25-cv-10226 (ALC)**

                         **ORDER GRANTING IN**
                         **FORMA PAUPERIS**
                         **APPLICATION**

**ANDREW L. CARTER, JR., United States District Judge:**

     Leave to proceed in this Court without prepayment of fees is authorized. 28 U.S.C. § 1915.

     The Clerk of Court is instructed to issue a summons for the Defendants, complete the USM-285 form with the address for Defendants, and deliver all documents necessary to effect service to the U.S. Marshals Service. The Clerk of Court is further directed to: mail an information package to Plaintiff. Plaintiff may consent to receive court documents electronically. The consent to electronic service form and instructions on the email service are both available on the Court's website at https://nysd.uscourts.gov/.

**SO ORDERED.**

**Dated**:    December 11, 2025
           New York, New York

                                        **ANDREW L. CARTER, JR.**
                                       **United States District Judge**