UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZOLITA A. CEDENO,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY.,

Defendant.

25 CIVIL 10226 (GS)

# JUDGMENT

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Stipulation and Order dated September 16, 2026, the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings and a new decision. Upon remand, Plaintiff will be offered the opportunity for a hearing. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:** New York, New York
September 16, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**